UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00007-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **RUBEN TORRES GARCIA,**
   **a/k/a Arturo Mendoza,**
   **a/k/a Carlos Palacios-Mendez,**
   **a/k/a Filiberto Garcia,**
   **a/k/a Lucio Gomez-Luna,**
   **a/k/a "Cuyo",**
2. ARTURO SAVATIERRA-SANCHEZ,
   a/k/a Arturo Robert Sandoval,
   a/k/a Manuel Martinez-Ramos,
   a/k/a Mario Rodriguez,
   a/k/a Francisco Lopez-Ramos,
   a/k/a Miguel Ramirez-Romos,
3. ANGELINA YNIQUEZ,
   a/k/a Angelina Iniquez,
   a/k/a Angelina Iniguez,

        Defendants.

## ORDER AND NOTICE OF TRIAL

**IT IS HEREBY ORDERED** that a five (5) day trial to a jury of twelve, plus alternates, will be held on **February 6, 2006 at 1:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 31st day of January, 2006.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge