UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00007-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **RUBEN TORRES GARCIA,**
    **a/k/a Arturo Mendoza,**
    **a/k/a Carlos Palacios-Mendez,**
    **a/k/a Filiberto Garcia,**
    **a/k/a Lucio Gomez-Luna,**
    **a/k/a "Cuyo",**
2. ARTURO SAVATIERRA-SANCHEZ,
    a/k/a Arturo Robert Sandoval,
    a/k/a Manuel Martinez-Ramos,
    a/k/a Mario Rodriguez,
    a/k/a Francisco Lopez-Ramos,
    a/k/a Miguel Ramirez-Romos,
3. ANGELINA YNIQUEZ,
    a/k/a Angelina Iniquez,
    a/k/a Angelina Iniguez,

      Defendants.

_____

# ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR
_____


The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Friday, February 3, 2006 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the Government's Motion for Ends of Justice Continuance **(#123)**.

DATED this 31st day of January 2006.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge